Benjamin K. Lunch (SB #246015)
Wan Yan Ling (SB # 297029)
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104-3323
Tel. (415) 677-9440
Fax (415) 677-9445
Email: blunch@neyhartlaw.com
wling@neyhartlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL NO. 467 PENSION TRUST FUND; U.A. LOCAL NO. 467 HEALTH AND WELFARE TRUST FUND; PIPE TRADES APPRENTICE AND JOURNEYMEN TRAINING TRUST FUND FOR SAN MATEO COUNTY; U.A. LOCAL NO. 467 VACATION TRUST FUND; MARK BURRI, as Trustee of the above, <br><br> Plaintiffs, <br><br> vs. <br><br> COOL BREEZE REFRIGERATION, INC., <br><br> Defendant. | Case No. 17-CV-01265 MEJ <br><br> **STIPULATION FOR CONTINGENT DISMISSAL; [PROPOSED] ORDER** |

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

0

STIPULATION FOR CONTINGENT DISMISSAL

# STIPULATION FOR CONTINGENT DISMISSAL

1. The parties in the above-entitled matter, through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, subject to the contingency that a Stipulated Judgment may be entered in the event that the underlying Settlement Agreement executed by the parties is breached.

2. The parties therefore respectfully request that the Court contingently dismiss this case with prejudice pursuant to the above.

IT IS SO STIPULATED AND AGREED.

Dated: 8/4/17

By: BENJAMIN K. LUNCH
Attorney for Plaintiffs
Neyhart, Anderson, Flynn & Grosboll

Dated: Aug. 7, 2017

By: CATHERINE REICHENBERG
Attorney for Defendant
COOL BREEZE REFRIGERATION
Gunderson Law Firm

IT IS SO ORDERED.

Dated: August 22, 2017



U.S. UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Maria-Elena James